

# Fourth Court of Appeals
## San Antonio, Texas

February 19, 2025

No. 04-24-00662-CV

In re **AMERICAN BLOCK COMPANY**, Relator

Original Proceeding[1]

**ORDER**

Sitting:      Rebeca C. Martinez, Chief Justice
                Lori Massey Brissette, Justice
                Velia J. Meza, Justice

In accordance with this court's memorandum opinion of this date, relator's petition for a writ of mandamus is DISMISSED AS MOOT.

It is so **ORDERED** on February 19, 2025.

_____
Velia J. Meza, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of February, 2025.

_____
Luz Estrada, Chief Deputy Clerk

---

[1]This proceeding arises out of Cause No. 2017CL19418, styled *Carlos Gonzalez v. Pioneer Natural Resources USA, Inc., Schlumberger Technology Corporation, Completion Equipment Rental, Inc., P&W Sales, Inc., American Block Company, and Dynamic Flow Products Pvt. Ltd.*, pending in the 407th Judicial District Court, Bexar County, Texas, the Honorable Marisa Flores presiding.